JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jose Salcedo,                           ) | SACV 19-01503JVS(DFMx) |
|                                   ) | ORDER OF DISMISSAL UPON |
|         Plaintiff,             ) | SETTLEMENT OF CASE |
|       v.                         ) | |
|                                   ) | |
| Rich Products Corporation, et al,  ) | |
|         Defendant(s).      ) | |
| _____ ) | |

      The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

      **IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown within 45 days, to reopen the action if settlement is not consummated.

DATED: 2/12/20

                                        James V. Selna
                              United States District Judge